```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In the Matter of                                             :      Civil Action 10-CIV-3121 (TPG)
                                                             :
THE RECEIVERSHIP OF MOUNT                                    :
 VERNON MONEY CENTER CORP.                                   :
                                                             :
-------------------------------------------------------------x

### ORDER AUTHORIZING RECEIVER TO PAY RECEIVERSHIP FEES AND EXPENSES AND GRANTING ADDITIONAL RELIEF

Upon the application of ALLEN D. APPLBAUM, in his capacity as Court-appointed receiver and sole corporate manager (the "Receiver"), of Mount Vernon Money Center Corp. and related entities (collectively, "MVMC"), for an Order authorizing him to disburse funds from receivership accounts for the payment of professional fees and expenses incurred in administering the receivership, and for additional relief in support thereof, and due and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Receiver be, and hereby is, authorized to disburse from the receivership funds in his control, as follows:

(a) To FTI (i) the sum of $1,356,144.50 for fees and $27,596.55 for disbursements, for a total of $1,383,741.05 for the period February 12, 2010 through April 30, 2010, (ii) for actual and reasonable fees and disbursements up to $200,000.00 for the period May 1, 2010 through the filing of bankruptcy petitions, and (iii) to establish and/or leave FTI with a $250,000.00 retainer upon the eve of bankruptcy; and

(b) To GT (i) the sum of $294,596.00 for fees and $2,867.94 for disbursements, for a total of $297,463.94 for the period March 19, 2010 through April 30, 2010, (ii) for actual and reasonable fees and disbursements up to $200,000.00 for the period from May 1, 2010 through the filing of bankruptcy petitions, and (iii) to establish and/or leave GT with a $250,000.00 retainer upon the eve of a bankruptcy.

DONE AND ORDERED this 19th day of May 2010.

/s/ Thomas P. Griesa
THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

NY240,242,619-3